```
 1  GEOFFREY A. HANSEN
    Federal Public Defender
 2  JODI LINKER
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant Fuhrman
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0107 WHA |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE AND EXCLUSION UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ROBERT FUHRMAN, | |
| Defendant. | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for July 2, 2012 at 10:00 am be continued to July 17, 2012 at 2:00 pm.

The Court moved the next appearance in the above-captioned matter to July 2, 2012 at 10:00 am. The defense is not available at that time. Accordingly, the parties jointly request that the status conference be continued to July 17, 2012 at 2:00 pm when all parties are available.

IT IS SO STIPULATED.


_____6/27/12_____        _____/s/_____
DATED                              GREGG LOWDER
                                   Assistant United States Attorney

1
2     _____6/27/12_____            _____/s/_____
       DATED                                JODI LINKER
                                            Assistant Federal Public Defender
3
4        IT IS SO ORDERED.
5
6     Dated: June 29, 2012.                 _____
                                            William Alsup
7                                           UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26